UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:09CV-P36-H

KENNETH L. COURTNEY                                                        PLAINTIFF

V.

MATTHEW CHAUDOIN                                                 DEFENDANT

**ORDER**

Pro se Plaintiff, Kenneth Courtney ("Courtney"), brings this action alleging that Defendant, Matthew Chaudoin ("Chaudoin"), a Louisville Metro Police Officer, used excessive force in extracting him from Courtney's police cruiser and taking him to be booked. The matter is now before the Court on Defendant's motion for summary judgment. The Court has set forth its reasoning in the corresponding Memorandum Opinion.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment is SUSTAINED as to Plaintiff's claims related to tight handcuffs. That claim is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment is DENIED as to Plaintiff's claims involving Defendant's use of a leg sweep and spit shield.

The Court will set a trial date in the near future.

cc: Counsel of Record & Plaintiff